The Honorable Barbara J. Rothstein

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

STATE OF WASHINGTON,

Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

Defendants.

NO. 2:25-cv-01401-BJR

[PROPOSED] ORDER ON JOINT
STIPULATION AND PROPOSED
CASE PLAN

**[PROPOSED] ORDER**

Having reviewed the parties' Stipulation and Joint Proposed Case Plan and good cause appearing therefor, IT IS HEREBY ORDERED:

1.      The parties stipulate that the $4,039,516 funds awarded by FEMA to the State of Washington under the Shelter and Services Program may not be obligated to another entity or potential grantee, and those funds will remain available through September 30, 2029, to satisfy obligations, if any, to Washington under its grant. For this reason, Washington has agreed not to seek a preliminary injunction, though it reserves its right to do so, should the status of the FY 2024 SSP funds change.

[PROPOSED] ORDER ON JOINT
STIPULATION AND PROPOSED CASE
PLAN
No. 2:25-cv-01401-BJR

1

2.    The following briefing and hearing schedule shall govern resolution of this case:

| Deadline | Event |
| --- | --- |
| September 19, 2025 | Plaintiff files Amended Complaint |
| November 18, 2025 | Defendants file Administrative Record |
| December 18, 2025 | Plaintiff files Motion for Summary Judgment (not to exceed 30 pages) |
| February 5, 2026 | Defendants file Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment (not to exceed 30 pages) |
| March 5, 2026 | Plaintiff files Opposition to Defendants' Cross-Motion for Summary Judgment and Reply in Support of Motion for Summary Judgment (not to exceed 20 pages) |
| March 19, 2026 | Defendants file Reply in Support of Cross-Motion for Summary Judgment (not to exceed 20 pages) |
| _____ ___, 2026 | Oral argument |

3.    On or before September 19, 2025, Plaintiff shall file an unopposed motion for leave to file an amended complaint, consistent with the Court's Local Rules.

4.    This briefing schedule assumes there are no disputes about the completeness of the Administrative Record that Defendants shall produce on or before November 18, 2025. If Plaintiff believes the Administrative Record is deficient or incomplete, it will promptly meet and confer with Defendants to determine whether any adjustments to the summary judgment briefing schedule will be necessary to accommodate resolution of that issue.

5.    Defendants may conduct limited discovery related to any affirmative evidence Washington submits in support of its Motion for Summary Judgment that is not contained in the Administrative Record. Likewise, Washington may conduct limited discovery related to any additional evidence Defendants submit in support of their Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment that is not contained in the Administrative Record or has not otherwise been submitted by Washington in support of its Motion

[PROPOSED] ORDER ON JOINT STIPULATION AND PROPOSED CASE PLAN
No. 2:25-cv-01401-BJR

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206-464-7744

for Summary Judgment. This briefing schedule contemplates that discovery, if any, will be limited in scope and will not enlarge the established briefing deadlines.

6.    In light of the foregoing, the parties are relieved of all other pending case management and pre-trial obligations, including: exchanging initial disclosures; filing a Combined Joint Status Report and Discovery Plan under Rule 26(f); and Defendants' obligation to respond to the Complaint or forthcoming Amended Complaint under Federal Rule of Civil Procedure 12.

IT IS SO ORDERED.

DATED this _____ day of _____, 2025.


_____
HONORABLE BARBARA J. ROTHSTEIN
United States District Court Judge

Presented by:

NICHOLAS W. BROWN
Attorney General

 /s/    Benjamin Seel
_____
BENJAMIN SEEL, WSBA # 61165
EMILY C. NELSON, WSBA # 48440
Assistant Attorneys General
Wing Luke Civil Rights Division
Washington State Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
benjamin.seel@atg.wa.gov
emily.nelson@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

KIRK R. MANHARDT
Director

KEVIN P. VANLANDINGHAM
Assistant Director

 /s/    Michael Tye
_____
TIFFINEY F. CARNEY
MICHAEL TYE
Trial Attorneys
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
Washington, DC 20005
(202) 598-521
tiffiney.carney@usdoj.gov
michael.tye@usdoj.gov

*Attorneys for Federal Defendants*

[PROPOSED] ORDER ON JOINT
STIPULATION AND PROPOSED CASE
PLAN
No. 2:25-cv-01401-BJR

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206-464-7744