1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, | NO. 2:25-cv-01401-BJR |
| Plaintiff, | |
| v. | DECLARATION OF BENJAMIN SEEL |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | |
| KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, and | |
| DAVID RICHARDSON, in his official capacity as the Senior Official Performing the Duties of the FEMA Administrator, | |
| Defendants. | |

I, Benjamin Seel, declare as follows:

1.    I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2.    I am an Assistant Attorney General with the Wing Luke Civil Rights Division of the Washington State Office of the Attorney General. I am one of the attorneys representing Plaintiff State of Washington in the above-captioned matter.

DECLARATION OF BENJAMIN SEEL
CASE NO. 2:25-cv-01401-BJR

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

3.    I submit this declaration in support of Washington's Motion for Summary Judgment. The facts set forth herein are based upon my personal knowledge and/or a review of the files in my possession.

4.    I have attached to this declaration true and correct copies of the following documents, as noted herein.

5.    Attached hereto as **Exhibit A** is a true and correct copy of a Proclamation made by the City of Tukwila on October 6, 2023, which proclaims a state of emergency regarding the conditions at the Riverton Park United Methodist Park. The document is self-authenticating under the Federal Rules of Evidence because it bears the seal of the City of Tukwila, Washington, as well as the signature of Tukwila's Mayor, Allan Ekberg. I downloaded this document on August 6, 2025 from the City of Tukwila's website, at https://www.tukwilawa.gov/wp-content/uploads/Emergency-Proclamation-re-Riverton-Park-United-Methodist-Church-RPUMC.pdf.

6.    Attached hereto as **Exhibit B** is a true and correct copy of a press release published by the U.S. Department of Justice on August 5, 2025, which includes a list of the "states, cities, and counties" that the Trump Administration has "identified as sanctuary jurisdictions[.]" I downloaded this document on August 11, 2025 from the U.S. Department of Justice's website, at https://www.justice.gov/opa/pr/justice-department-publishes-list-sanctuary-jurisdictions.

7.    Attached as **Exhibit C** is a true and correct copy of the Washington Department of Social & Health Services' (DSHS) award profile and grant summary on the website USASpending.gov, which shows the award and transaction history for DSHS' FY 2024 SSP-C grant. I downloaded this web page on August 11, 2025 from https://www.usaspending.gov/award/ASST_NON_EMW-2024-SP-05140_7022.

DECLARATION OF BENJAMIN SEEL
CASE NO. 2:25-cv-01401-BJR

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

1       8.      Attached as **Exhibit D** is a true and correct copy of Defendants' brief opposing

2   plaintiffs' preliminary injunction motion in *City of Chicago v. U.S. Dep't of Homeland Security*,

3   25-cv-5463 (N.D. Ill. July 30, 2025), ECF No. 37.

4       9.      Attached as **Exhibit E** is a true and correct copy of a declaration filed by Cameron

5   Hamilton in his capacity as the Senior Official Performing the Duties of the FEMA

6   Administrator in *City of New York v. Trump*, 25-cv-1510 (S.D.N.Y.), ECF No. 17-1.

7

8      I declare under penalty of perjury under the laws of the State of Washington and the

9   United States of America that the foregoing is true and correct.

10     DATED and SIGNED this 19th day of December 2025, at Seattle, Washington.

11

12                      BENJAMIN SEEL, WSBA #61165

13                      Assistant Attorney General

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF BENJAMIN SEEL      3      ATTORNEY GENERAL OF WASHINGTON
CASE NO. 2:25-cv-01401-BJR                  Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744