The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

STATE OF WASHINGTON,

                Plaintiff,

  v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

                Defendants.

No. 2:25-cv-01401-BJR

**ORDER GRANTING DEFENDANTS' MOTION TO STAY**

      THIS MATTER came before the Court on Defendants, the U.S. Department of Homeland Security ("DHS"), the Secretary of DHS in her official capacity, the Federal Emergency Management Agency ("FEMA"), and the FEMA Administrator in his official capacity (collectively, "Defendants")' Unopposed Motion to Stay Case Deadlines. Having considered the Motion and good cause appearing therefor, IT IS HEREBY ORDERED:

      1. Defendants' Motion is GRANTED.

1

ORDER GRANTING DEFENDANTS'
UNOPPOSED MOTION TO STAY
No. 2:25-cv-01401-BJR

**U.S. Department of Justice**
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 598-7521

2. The two outstanding summary judgment deadlines in this case are STAYED for 30 days or until the current lapse in appropriations for DHS and FEMA has ended, whichever comes first. Accordingly:

    a. If Congress appropriates funding for DHS and FEMA before **April 6, 2026**, Defendants' counsel will notify the Court and Plaintiff's counsel within **48 hours** of that appropriation. At that point, both outstanding deadlines will be shifted by (a) moving Plaintiff's deadline to file its Opposition and Reply by one week from the date it receives Defendants' notice of the appropriation; and (b) moving Defendants' Reply deadline by two weeks after Plaintiff's deadline. In the notice to the Court, Defendants will provide an updated schedule.

    b. If Congress does not appropriate funding for DHS and FEMA before **April 6, 2026**, Defendants' counsel will file a notice with the Court on **April 6, 2026**, setting forth the new schedule below, or Defendants will file another motion seeking a stay of these deadlines.

- **April 14, 2026:** Plaintiffs' deadline to file Opposition to Defendants' Cross Motion for Summary and Reply in support of Motion for Summary Judgment

- **April 28, 2026:** Defendants' deadline to file a Reply in support of its Cross Motion for Summary Judgment

DATED this 3rd day of March 2026.

*[signature: Barbara J. Rothstein]*

THE HONORABLE BARBARA J. ROTHSTEIN
United States District Court Judge.

ORDER GRANTING DEFENDANTS'
UNOPPOSED MOTION TO STAY
No. 2:25-cv-01401-BJR

**U.S. Department of Justice**
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 598-7521

Presented by:

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

KIRK T. MANHARDT
Director

KEVIN P. VANLANDINGHAM
Assistant Director

/s/    *Tiffiney F. Carney*
TIFFINEY F. CARNEY
MICHAEL TYE
Trial Attorneys
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
Washington, DC 20005
(202) 598-7521
tiffiney.carney@usdoj.gov
michael.tye@usdoj.gov

*Attorneys for Federal Defendants*

3

ORDER GRANTING DEFENDANTS'
UNOPPOSED MOTION TO STAY
No. 2:25-cv-01401-BJR

**U.S. Department of Justice**
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 598-7521