The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

STATE OF WASHINGTON,

Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

Defendants.

No. 2:25-cv-01401-BJR

## NOTICE OF THE END OF STAY AND
## RESUMED SUMMARY JUDGMENT BRIEFING

Pursuant to the Court's Order Granting a Temporary Stay (ECF No. 26), defendants the U.S. Department of Homeland Security ("DHS"), the Secretary of DHS in his official capacity, the Federal Emergency Management Agency ("FEMA"), and the FEMA Administrator in his official capacity (collectively, "Defendants") notify the Court and the plaintiff State of

1

PROPOSED ORDER GRANTING DEFENDANTS'
UNOPPOSED MOTION TO STAY
No. 2:25-cv-01401-BJR

**U.S. Department of Justice**
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 598-7521

Washington ("Plaintiff") that Defendants do not seek a continued stay of summary judgment briefing, and therefore the two remaining summary judgment deadlines are as follows:

1. **April 14, 2026:** Plaintiff's deadline to file Opposition to Defendants' Cross Motion for Summary and Reply in support of its Motion for Summary Judgment;

2. **April 28, 2026:** Defendants' deadline to file a Reply in support of its Cross Motion for Summary Judgment.

Dated: April 6, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

KIRK T. MANHARDT
Director

KEVIN P. VANLANDINGHAM
Assistant Director

*/s/    Tiffiney F. Carney*
TIFFINEY F. CARNEY
MICHAEL TYE
Trial Attorneys
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
Washington, DC 20005
(202) 598-7521
tiffiney.carney@usdoj.gov
michael.tye@usdoj.gov

*Attorneys for Federal Defendants*

2

PROPOSED ORDER GRANTING DEFENDANTS'
UNOPPOSED MOTION TO STAY
No. 2:25-cv-01401-BJR

**U.S. Department of Justice**
Civil Division, Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 598-7521