# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

|  |  |
|---|---|
| STATE OF WASHINGTON,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF<br>HOMELAND SECURITY, *et al*.,<br><br>        Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C25-1401-BJR |

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered in favor of the State of Washington on its APA claims that the SSP Termination Policy is contrary to law and arbitrary and capricious and against Defendants. The Court sets aside, as applied to the State of Washington, the SSP Termination Policy and Defendants' termination of the State's SSP award pursuant to that policy. The State of Washington may submit reimbursement requests under its SSP award, and Defendants may not refuse to consider those requests, deny reimbursement, or re-terminate the State's award based on the grounds held unlawful by this Court.

Dated 26th day of May 2026.

Joshua C. Lewis
Clerk of Court

s/Carrie Smith
Deputy Clerk